## PICK & ZABICKI LLP
ATTORNEYS AT LAW
369 Lexington Avenue, 12th Floor
New York, New York 10017

Douglas J. Pick
Eric C. Zabicki

Telephone: (212) 695-6000
Facsimile: (212) 695-6007
E-mail: dpick@picklaw.net

February 8, 2018

*Via email: chambersnysdseibel@nysd.uscourts.gov*
Honorable Cathy Seibel
The Honorable Charles L. Brieant Jr. Federal Building
& United States Courthouse
Southern District of New York
300 Quarropas Street, Room 621
White Plains, New York 10601-4150

        Re:    *In re: Barbara Kavovit et al. v. Tulis et al.*
               *Civil Action No. 7:18-cv-01125-CS*

Dear Judge Seibel:

      This letter is submitted on behalf of Appellant Newman Ferrara LLP in response to the Court's recently filed direction that Appellant's brief is due on March 12, 2018 (Dkt. No. 7 dated February 8, 2018).[1]

      Our office is counsel to the Appellant and I have primary responsibility for the file. Due to a major surgical procedure to be conducted later this month, I will be away from the office for approximately three (3) weeks. Subject to this Court's consent, I have consulted with all counsel who have agreed to an adjournment of the briefing schedule. We would respectfully request that the briefing schedule be modified so as to provide that:

    1.    By April 20, 2018 the Appellant file its brief;
    2.    By May 21, 2018 the Appellees file their Reply Briefs and
    3.    By June 4, 2018 the Appellant file its Reply.

                                          Respectfully submitted,

                                          Douglas J. Pick

cc:  David L. Tillem, Esq. (via email: david.tillem@wilsonelser.com)
      Michael A. Samuels, Esq. (via email: msamuels@rasboriskin.com)
      Richard Levy, Jr., Esq. (via email: rlevy@pryorcashman.com)
      Scott Markowitz, Esq. (via email: smarkowitz@tarterkrinsky.com)
      ECF Docket

---

[1] No previous requests for an extension has been requested.